**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 434 WAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
LAVELLE JOHNSON, :
:
Petitioner :

**ORDER**

**PER CURIAM**

   **AND NOW**, this 1st day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

   (1)   Did the Superior Court err in ruling that the search warrant obtained to search [Petitioner's] cell phone was not unconstitutionally overbroad, under the Pennsylvania Constitution, by allowing an essentially unlimited search of the device for evidence of illegal narcotics and firearm possession?